## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Richline Group, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | COMPLAINT AND JURY DEMAND |
| v. | ) | |
| | ) | 13 Civ. 2163 (RJS) |
| Tacori Enterprises | ) | ECF CASE |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Richline Group, Inc. ("Richline" or "Plaintiff") by its counsel, states for its Complaint as follows:

## PARTIES

1.    Richline Group Inc. is a corporation incorporated under the laws of the State of Delaware, with an office located at 1385 Broadway, New York, New York 10018.

2.    On information and belief, Defendant Tacori Enterprises ("Tacori" or "Defendant") is a corporation incorporated under the laws of the State of California and has its principal place of business at 1736 Gardena Avenue, Glendale, California 91204.

## JURISDICTION

3.    The claims arise under the Copyright Act, 17 U.S.C. §501 *et seq.* and under the Lanham Act, 15. U.S.C. §1051 *et seq.*

4.   Jurisdiction over the subject matter is conferred by 28 U.S.C. §§ 1331
     (federal question), 1338 (copyright and trademark), and 2201 and 2202
     (declaratory judgment).

5.   Supplemental jurisdiction also exists over the related state claims under 28
     U.S.C.§ 1367.

6.   Defendant's products are distributed to retailers in the State of New York
     who then offer for sale and sell them to consumers in New York State.
     Defendant's products are available to view on its website and for purchase
     through retailers located in New York such as through Michael C. Fina and
     other retailers.  On information and belief, Defendant does business in this
     judicial district sufficient to subject it to the personal jurisdiction and venue
     of this Court.

7.   Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and/or
     (d).

## ALLEGATIONS COMMON TO ALL CLAIMS

8.   Richline is renowned in the jewelry industry as one of the largest jewelry
     manufacturers and wholesale suppliers in the United States and is respected
     for its quality, integrity, and its line of jewelry.

9.   By letter dated on or about December 21, 2012, Christie Parker Hale LLP
     ("Christie"), attorneys for Defendant, wrote regarding alleged infringement
     of Defendant's copyright and trademark registrations (the "First Letter").

10.  Shortly thereafter on or about January 24, 2013, Plaintiff and Defendant
     engaged in correspondence regarding Defendant's claims against Plaintiff
     with regards to the Accused Product (as defined herein).

11.   Attached hereto as Exhibit A is the product titled "Cultured Freshwater Pearl and Diamond Accent Drop Pendant in Sterling Silver and 14K Gold" (without the true colors) made and sold by Richline accused of infringing Tacori's asserted copyright registration and trade dress rights (hereinafter, "Accused Product").

## FIRST CLAIM

### Declaratory Judgment of Non-Infringement of Defendant's Copyright Registrations

12.   Plaintiff repeats and realleges the foregoing allegations, as if set forth and repeated herein at length.

13.   Defendant in substance accused Richline's Accused Product of being an infringement of the following copyright registrations (the "Copyright Registrations"):

| Registration No. | Title | Registration Date |
|---|---|---|
| VA 1-225-365 | HT 2326 et al. | 12/03/2002 |
| VA 1-659-189 | HT 2126 RD et al. | 10/28/2008 |

14.   In its letter dated on or about March 19, 2013, among its demands, Defendant specifically required that Plaintiff acknowledge the validity and enforceability of Tacori's copyright rights.

15.   The Parties have been unable to resolve their differences with respect to whether the Accused Product infringes Defendant's copyright rights.

16.   Richline has a right to make and use and to sell its Accused Product, and its Accused Product does not infringe any rights of Defendant's copyrights.

17. The continued existence of Defendant's charges of infringement against Richline with respect to Richline's Accused Product is harmful to Richline in the marketplace, and Defendant has refused to withdraw the charge of infringement.

18. Defendant's conduct has created on the part of Richline a reasonable apprehension that Defendant will initiate such litigation.

19. This claim is asserted by Richline for a judgment declaring that the aforesaid Copyright Registrations are not infringed by Richline's Accused Product.

20. By reason of the foregoing and the communications asserted by Defendant against Plaintiff, there is a substantial and continuing justiciable controversy between Richline and Defendant as to Defendant's right to threaten or maintain suit for infringement of its aforesaid Copyright Registrations, the validity and scope of said Copyright Registrations, its conduct in enforcing said registrations, and as to whether the Accused Product made, used and sold by Richline infringes any claim or any right owned by Defendant.

21. The aforesaid Copyright Registrations of Defendant are not infringed by Richline's use of the Accused Product.

## SECOND CLAIM

**(Declaratory Judgment of Non-Infringement of Defendant's Trade Dress Rights)**

22. Plaintiff repeats and realleges the foregoing allegations, as if set forth and repeated herein at length.

4

23. Defendant in substance accused Richline's Accused Product of being an infringement of the following trademark registrations (the "Trademark Registration"):

| Registration No. | Date of Registration |
|---|---|
| 3,728,425 | 12/22/2009 |

24. Defendant further alleged that Richline's Accused Product infringed its common law trade dress rights with respect to its jewelry designs.

25. In its letter dated on or about March 19, 2013, Defendant specifically required that Plaintiff acknowledge the validity and enforceability of Defendant's trade dress rights.

26. The Parties have been unable to resolve their differences with respect to whether the Accused Product infringes Defendant's trade dress rights.

27. In this claim, Richline seeks a declaratory judgment that the trade dress rights asserted by Defendant are invalid, and/or are not infringed by Richline.

28. By reason of the communications asserted by Defendant against Richline claiming infringement of the foregoing trade dress rights, and Richline's denial of these charges, an actual case or controversy exists between Defendant and Plaintiff with respect to the validity and enforceability of the aforesaid trade dress rights and with respect to the alleged infringement thereof by Richline's use of its Accused Product.

29. Richline has a right to make and use and to sell its Accused Product, and its Accused Product does not infringe any rights of Defendant.

30. The continued existence of Defendant's charges of infringement against Richline with respect to Richline's Accused Product is harmful to Richline in

the marketplace, and Defendant has refused to withdraw the charge of infringement.

31.   Defendant's conduct has created on the part of Richline a reasonable apprehension that Defendant will initiate such litigation.

32.   This Claim is asserted by Richline for a judgment declaring that the aforesaid alleged trade dress and common law rights is not infringed by Richline's Accused Product.

33.   The aforesaid alleged trade dress and common law rights of Defendant are not infringed by Richline's use of the Accused Product.

**WHEREFORE**, Plaintiff Richline respectfully prays for the following relief:

1.   That this Court declare that Copyright Registration Nos. VA 1-225-365 and VA 1-659-189 are not infringed by Richline,

2.   That Copyright Registrations VA 1-225-365 and VA 1-659-189 are invalid and/or unenforceable,

3.   That this Court declare that Trademark Registration No. 3,728,425 is not infringed by Richline,

4.   That Trademark Registration No. 3,728,425 is invalid and/or unenforceable,

5.   That this Court declare that Defendant is without right or authority to threaten or to maintain suit against Richline or its customers for alleged infringement by its use of the Accused Product,

6.   That Defendant, its agents, servants, and employees, and all those in participation with it be permanently enjoined from charging or asserting as to Richline, Richline's agents, or its customers, that they

are infringing or has infringed the copyrights, trademarks, trade dress or other alleged rights in suit,

7.      That the costs of this action, including reasonable attorneys' fees and costs, be assessed against Defendant under Titles 15 and/or 17, and

8.      That Richline has such other relief that this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.


Dated: April 2, 2013                                    Respectfully submitted,

                                                        **LEVISOHN, BERGER, LLP**
                                                        11 Broadway, Suite 615
                                                        New York, NY 10004
                                                        (t) 212-486-7272
                                                        (f) 212-486-0323

                                                        Attorneys for Plaintiff

                                                        By:_____
                                                        Peter L. Berger (PB-0121)
                                                        Jonathan Berger (JB-6448)

# **<u>Exhibit A</u>**

8.0 - 8.5mm Cultured Freshwater Pearl and Diamond Accent Drop Pendant in Sterling Sil...   Page 1 of 1

Shipping Bag (0 items)   My Account   Order Status   Credit   Store Locator   Contact us 24/7 online or call 1-800-311-JEWEL (5393)

**Choose Ship-to-Store and get FREE SHIPPING**
+ Complimentary SAVINGS Book for future purchases ›

Zales ▼ Keyword or Item # [SEARCH]

WEDDING   RINGS   NECKLACES   EARRINGS   BRACELETS   WATCHES   COLLECTIONS   DESIGN YOUR OWN   CLEARANCE

**· FREE Automatic Shipping Upgrade for In-Stock Items** - DETAILS ▶



Recently Viewed Styles



3/4 CT T W Diamond Eternity
Anniversary Vintage-Style Band in
14K White Gold
Orig. $1,579.00
Now $1,421.10

1/2 CT T W Enhanced Yellow and
White Diamond Three Stone
Engagement Ring in 14K White Gold
Orig. $1,099.00
Now $934.15

Online Only
**8.0 - 8.5mm Cultured Freshwater Pearl and Diamond Accent Drop Pendant
in Sterling Silver and 14K Gold**

Be the first to review this item

Orig. $199.00
**Now $169.15**

[SAVE 15%] Take an Extra 15% Off - Add to cart for final price

Share this product

Like   0
Send a Hint
Add to wish list

Item #: 19060417                          Printable version
                                          Mobile version
This is an online exclusive item

Vintage-inspired yet perfect for every day wear, this pearl fashion pendant captivates.
Crafted in sleek sterling silver and 14K gold, this style is centered with a lustrous 8.0 -
8.5mm cultured freshwater button pearl. A frame of shimmering diamond accents
surrounds this lovely gemstone and also adorns the pendant bale. Indicate milgrain
detailing completes this regal look. Buffed to a bright luster, this pendant suspends along
an 18.0-inch box chain that secures with a spring-ring clasp. This item is only available
online.

**PRODUCT SPECIFICATIONS**

| | |
|---|---|
| Stone Type | Pearl |
| Stone Size | 8.0 - 8.5mm |
| Diamond Total Weight (CT. T.W.) | Diamond Accent |
| Pearl Type | Cultured Freshwater |
| Pearl Size | 8.0 - 8.5mm |
| Stone Setting | Glue |
| Gold Karat | 14K |
| Length | 18.00 |
| Chain Type | Box |
| Clasp Type | Spring-Ring |
| Metal Color | Two-Tone |
| Metal Type | Sterling Silver |

The gemstones pictured may have been treated or enhanced by heating or irradiation.
Typographic errors are subject to correction. Merchandise enlarged to show detail and may not
always be exactly as pictured. Promotions, prices, styles and availability may vary by store and
online.     Special offer when you join our email list.   Enter email address   [SIGN UP]

CUSTOMER SERVICE
Contact Us
Return and Exchange Policy
Shipping Information
In-Store Services
My Account
Order Status
Gift Cards
Terms & Conditions
Privacy Policy

© 2012 Zale Corporation

ZALES CREDIT CARD
Apply
Pay Bill
Manage Account

ZALES GOLD
EXCHANGE

OUR COMPANY
The Zales Difference
About Zales
About Zales Outlet
Zale Corporation
Our Brands
Store Locator
Store Events
Careers
Conflict-Free Diamonds
Affiliate Program
Site Map

EDUCATION
The 4Cs
Diamond Jewelry
Pearl Jewelry
Birthstone Jewelry
Gemstone Jewelry
Watches
Metals
Jewelry Care

STAY CONNECTED
Write a Product Review
Share Your Story
Customer Feedback Form
Send Him a Hint
Sweepstakes

Facebook          Zales Blog
Twitter           Zales Mobile
Foursquare